UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                         :

       v.                       1:19-cr-356 (RDM)

                         :

**DAVID HARRIS**                :

### SUPPLEMENT TO EMERGENCY MOTION FOR RELEASE FROM CUSTODY

DAVID HARRIS, by and through undersigned counsel, respectfully supplements his Motion, ECF 28 with the attached declaration.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

          v.                              1:19-cr-356 (RDM)

DAVID HARRIS :

## DECLARATION OF DR. CHRIS KRAFT

Under 28 U.S.C. §1746, I, Dr. Chris Kraft, state the following:

1. I am the Director of Clinical Services, Sex and Gender Clinic and Instructor of Psychiatry and Behavioral Sciences at the School of Medicine at Johns Hopkins University.
2. I am a clinical psychologist with an expertise in Sexual Disorders and Dysfunctions.
3. I am on faculty in the Psychological and Brain Sciences Department at Johns Hopkins University.
4. I was retained by the Federal Public Defender of the District of Columbia to conduct a psychosexual evaluation of Mr. David Harris.
5. I have met with Mr. Harris three times during which I interviewed and evaluated him for risk of recidivism.
6. I have reviewed the discovery provided by the government to the defense in this case.
7. From my evaluation, I conclude that Mr. Harris has no sexual, psychological or mental health diagnosis that makes him in any sort of risk. I further conclude that Mr. Harris presents minimal, if not zero risk.
8. I found that Mr. Harris meets no criteria of recidivism risk.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: March 19, 2020

Dr. Chris Kraft