UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

                                      :

    v.                           :          1:19-cr-356 (RDM)

                                        :

**DAVID HARRIS**   :


**DEFENDANT'S PROPOSED PROTOCOL FOR RELEASE FROM CUSTODY**

DAVID HARRIS, by and through undersigned counsel, with agreement from proposed third-party custodian David Farmer, submits the following proposed conditions of release:

1. That Mr. Harris must be confined to the home of David Farmer, at 4711 Deanwood Dr. Capitol Heights, MD 20743, with the exception of legal meetings, medical visits or with the expressed permission of his Pretrial Services Agency supervision officer.

2. That Mr. Harris be placed under GPS or Radio Frequency Monitoring.

3. That Mr. Farmer be required to have in his residence only one computer and one smartphone.

4. That Mr. Farmer be required to keep the computer in a locked area and to otherwise ensure that Mr. Harris cannot independently access the computer.  Photos of the lock on the door and the supplemental padlock that Mr. Farmer has installed for the door to Mr. Farmer's office is attached, Exhibit C.

5. That Mr. Farmer place his smartphone in a locked and secured area that Mr. Harris cannot access or on his person unless the phone is in Mr. Farmer's actual possession.

6. That every four business days but at least once per week, Mr. Farmer will submit to undersigned counsel a declaration, a copy of which is attached as Exhibit A.

7. That Mr. Harris, in addition to these conditions and the General Conditions of release, follow the Conditions of Release Addendum, attached as Exhibit B.

8. That defense counsel inspect Mr. Farmer's residence to insure that Mr. Farmer's computer is secured in the locked office and that Mr. Harris will have no access to the internet.[1]

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

---

[1] On March 23, 2020, counsel conducted a home visit of Mr. Farmer's house.  Mr. Farmer lives in a three bedroom house with a basement.  Mr. Harris would have his own bedroom at th house.  The only working computer is in the computer room which now has a lock and a padlock to which only Mr. Farmer has a key.

Counsel found a nonfunctioning computer in the storage area in the basement.  Mr. Farmer agreed to discard the nonfunctioning computer on the evening of March 23, 2020.

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                                  :

    v.                           1:19-cr-356 (RDM)

                                  :

DAVID HARRIS              :

## DECLARATION OF MR. DAVID FARMER

Under 28 U.S.C. §1746, I, Mr. David Farmer, state the following:

1. I am the third-party custodian for Mr. David Harris.  By order of the Court, Mr. Harris is confined to my home at 4711 Deanwood Dr. Capitol Heights, MD 20743.

2. From the period of _____, 2020 to _____, 2020, all electronic devices within my house have been either in my actual possession or under lock and key.

3. I attest that David Harris has not accessed any electronic devices with any internet capability in my home during that period of time.

4. I attest that if Mr. Harris does access or attempt to access any electronic devices with internet capability while he is in custody, or violate any other conditions of release, I will immediately report this information to the Pretrial Services Agency at 202 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _____, 2020

                                                                   _____
                                                                   Mr. David Farmer

# EXHIBIT B

**Conditions of Release Addendum**

**David Harris**

**Docket #CR19-000356**

1) Report on a regular basis to the following agency: Pretrial Services;
2) Release to and reside with a suitable 3rd party custodian (see attached) that has been approved in advance by the Pretrial Services Office and not move from that residence without the prior approval of Pretrial Services or the Court;
3) Refrain from having any contact with minors under the age of 18 unless another adult is present who has been approved in advance by Pretrial Services;
4) Mental health testing and/or treatment as directed by Pretrial Services;
5) Not possess a firearm, destructive device or other dangerous weapon;
6) Submit to home confinement with active GPS with timeouts as directed by Pretrial Services;
7) The defendant shall not access a computer and/or the internet unless approved by PSA.
8) Refrain from possessing or utilizing any video gaming system and console, do not possess cellphone/phones with internet capabilities, or other such devices which would enable contact and/or sharing data with individuals known or unknown to the defendant.

# EXHIBIT C

