**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :

                :

     v.                              1:19-cr-356 (RDM)

                :

**DAVID HARRIS**          :

**DEFENDANT'S THIRD SUPPLEMENT TO GOVERNMENT'S RESPONSE TO EMERGENCY MOTION FOR RELEASE FROM CUSTODY**

DAVID HARRIS, by and through undersigned counsel, respectfully supplements his Emergency Motion for Release from Custody.

1. At a hearing on March 23, 2020, the government represented that no positive cases of Covid-19 had been reported at the D.C. Jail or the Correctional Treatment Facility.

2. The Washington Post reports that a "20 year-old male inmate tested positive for COVID-19. The inmate is the first to test positive at the jail. Jail officials said the inmate is now in the infirmary and was previously held at the jail's Correctional Treatment Facility." https://www.washingtonpost.com/dc-md-va/2020/03/26/coronavirus-dc-maryland-virginia-updates/ (last viewed on March 26, 2020 at 9:00 a.m.).

3. Reportedly, testing results are returned approximately five days after the test is submitted. https://www.nytimes.com/2020/03/18/nyregion/coronavirus-testing-positive.html

4. The D.C. Jail appears to be testing individuals who are symptomatic. Thus, the positive inmate was likely placed in the infirmary well after he was exposed to inmates, guards, other correctional staff who clean and cook.

5. The D.C. Jail and CTF, by their nature, cannot properly practice the social distancing required to prevent spread of Covid-19.

6. The latest developments completely undermine the government's arguments about the Department of Corrections ability to keep him safe from Covid-19. In reality, Mr. Harris will be continue to eat with individuals in a dining hall setting. He will continue to spend recreation time with many other individuals that require him to be in close proximity to individuals in an inordinately high-risk environment

WHEREFORE, Mr. Harris respectfully requests that this Court grant his Emergency Motion for Release from Custody.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500