UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

                      :

     v.                     1:19-cr-356 (RDM)

                      :

DAVID HARRIS   :

## STATUS REPORT

David Harris, through undersigned counsel, responds to the Court's Minute Order, dated June 4, 2020 and respectfully requests that he be sentenced in person when it is feasible.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

     /s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500